NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-326

ERNE JOHN PLESSALA

VERSUS

GLORIA L. PLESSALA

**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 98,953
HONORABLE CHARLES L. PORTER, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion and Elizabeth A. Pickett, Judges.

AFFIRMED.

David W. Groner
P. O. Box 9207
New Iberia, La 70562-9207
(337) 364-3629
Counsel for Plaintiff/Appellant
        Erne John Plessala


Gordie R. White
P. O. Box 10137
New Iberia, LA 70562
(337) 364-5846
Counsel for Defendant/Appellee
        Gloria L. Plessala